# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3734

_____

|  |  |  |
|---|---|---|
| International Brotherhood of Electrical Workers, Local 288, | * * * * | |
| Appellee, | * * | |
| v. | * * * | Appeal from the United States District Court for the Northern District of Iowa |
| CCT Corporation d/b/a Black Hawk Electrical Company and All County Electric Company, | * * * * | [UNPUBLISHED] |
| Appellants. | * * * | |

_____

Submitted: April 22, 1999
Filed:  May 28, 1999

_____

Before BEAM, HANSEN, Circuit Judges, and MOODY, District Judge.[1]

_____

PER CURIAM.

After carefully reviewing the record, the Court finds that the appeal in the above-styled case should be stayed pending the outcome of an appeal to the  National Labor

---

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, sitting by designation.

Relations Board ("NLRB") by CCT Corporation d/b/a Black Hawk Electrical Company ("CCT Corporations") and All County Electric Company. Therefore, we retain jurisdiction and remand with instructions that the District Court stay all proceedings in this matter and file a status report with this panel within ninety days of the date of this Order as to the disposition, if any, by the NLRB of CCT Corporation's and All County Electric Company's pending appeal.

A true copy.

      Attest:

           CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.